MIRANDA KANE (SBN 150630)
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 343-7100
Facsimile: (415) 343-7101
Email: mkane@conmetkane.com

Attorneys for Defendant Jermaine Taylor

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JERMAINE TAYLOR,<br>Defendant. | CASE NO. 16-CR-0439-JSW (TSH)<br><br>**[~~PROPOSED~~] RELEASE ORDER** |

## [~~PROPOSED~~] ORDER

**GOOD CAUSE BEING SHOWN** the United States Marshals Service is ordered to release Defendant Jermaine Taylor from custody on the existing terms of supervised release. Defendant Taylor is further ordered to appear before Judge Jeffrey S. White on October 6, 2026, at 9:00 a.m. for a further status hearing in the above referenced matter.

**IT IS SO ORDERED**.

Dated: September 23, 2026

THE HONORABLE THOMAS S. HIXSON
United States Magistrate Judge